# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**AMBERLY MAY DETRAZ**                                                                                  **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO.:2:07CV177-MPM-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                                  **DEFENDANT**

## ORDER DIRECTING FILING OF BRIEFS

**UPON FURTHER REVIEW** of the record of this social security appeal, the Court finds that the defendant filed an answer and a certified copy of the transcript of the administrative proceedings on or about December 14, 2007.  So as not to further delay these proceedings, the following briefing schedule shall be established.  **The parties are hereby advised that the following deadlines are firm, and no extensions shall be granted in this case without a showing of good cause.**

      **IT IS, THEREFORE, ORDERED:**

That counsel for the parties submit briefs in accordance with the following requirements:

(1) Within thirty **(30)** days from this date, the plaintiff shall file a brief setting forth all errors which the plaintiff contends entitle the plaintiff to relief.  The brief shall contain under the appropriate headings and in the order here indicated:

      (a) A statement of the exact issues presented for review set forth in separate numbered paragraphs.

(b) A statement of the case.  This statement should indicate briefly the course of the proceeding and its disposition at the administrative level and should set forth a general statement of the facts.  This statement of the facts shall include the plaintiff's age, education and work experience; a summary of the physical and mental impairments alleged; a brief outline of the medical evidence; and a brief summary of other evidence of record.  Each statement of fact shall be supported by reference to the page in the record where the evidence may be found.

(c) An argument.  The argument may be preceded by a summary.  The argument shall be divided into sections separately treating each issue and must set forth the contentions of the plaintiff with respect to the issues presented and reasons therefor.  Each contention must be supported by specific reference to the portion of the record relied upon and by citations to statutes, regulations and cases supporting plaintiff's position.  Cases from other districts and circuits should be cited only in conjunction with relevant cases from this jurisdiction or if authority on point from this jurisdiction does not exist.  Citations to unreported district court opinions must be accompanied by a copy of the opinion.  If the plaintiff has moved for remand to the Commissioner for further proceedings, the argument in support thereof must set forth good cause for remand.  Furthermore, if the remand is for the purpose of taking additional evidence, such evidence must be attached to the brief, or, if such evidence is in the form of a consultative examination sought at government expense, the plaintiff must make a proffer of the nature of the evidence anticipated to be obtained.

(d) A short conclusion stating the relief sought.  **The issues before the court are limited to the exact issues properly raised in the briefs.  Any issue raised in the briefs but not discussed at oral argument, if one is held, will be deemed abandoned.**

(2) Within thirty (30) days after service of plaintiff's brief, **the defendant shall file a brief which responds specifically to each issue raised by the plaintiff.** The defendant's brief shall conform to the requirements set forth above for the plaintiff's brief, except that a statement of the issues and a statement of the case need not be made unless the defendant is dissatisfied with plaintiff's statement thereof.

(3) The plaintiff may file a brief in reply to the brief of the defendant within **five (5) days** of service of the defendant's brief.

**ORDERED** this 23rd day of December, 2008.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE